ELSIE R. FEITNER, Appellant, *v.* FRANCIS X. HOEGER et al.,
Respondents.

(Submitted March 20, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made April 3, 1888, which affirmed a judgment in favor of defendants entered upon a verdict directed by the court.

*Henry Brewster* for appellant.

*Richard J. Lewis* for respondents.

*Per Curiam* opinion for affirmance on authority of *Feitner* v. *Lewis* (119 N. Y. 131).
All concur.
Judgment affirmed. _____